JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SATTIEWHITE,<br><br>             Petitioner,<br><br>      vs.<br><br>RON DAVIS, Warden, California State Prison at San Quentin,<br><br>             Respondent. | Case No.: CV 15-1814 JVS<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Denying Request for Appointment of Counsel and Denying and Dismissing Petition for Writ of Habeas Corpus dated May 7, 2015, this matter is DISMISSED without prejudice as this Court has no jurisdiction over these claims at this time.

　　　**IT IS SO ORDERED.**　　　Dated this 12th day of January 2017

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE